IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAJUAN OTIESS CLAYTON LETTERINGS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-24-01008-JD ) |
| BANK OF AMERICA BANK ONE, | ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Suzanne Mitchell's Report and Recommendation [Doc. No. 5] recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] be denied. Judge Mitchell advised Mr. Letterings of his right to file an objection to the Report and Recommendation with the Clerk of Court by November 1, 2024, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 5 at 4]. *See also* 28 U.S.C. § 636.

The record reflects that Mr. Letterings did not file an objection to the Report and Recommendation by the deadline or request an extension of time to do so.

Consequently, upon its review, the Court **ACCEPTS** the Report and Recommendation [Doc. No. 5] in its entirety for the reasons stated therein. Mr. Letterings Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED**. Plaintiff JaJuan Otiess Clayton Letterings is **ORDERED** to pay the full filing fee of $405.00 to

2

the Clerk of Court within 21 days of this Order, or by **December 3, 2024**, or this action will be dismissed without prejudice, without further warning by the Court.

    IT IS SO ORDERED this 12th day of November 2024.

                                            JODI W. DISHMAN
                                            UNITED STATES DISTRICT JUDGE